Louis MALINA, Plaintiff-Appellee, v. Reuben GRISMAN, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit.
June 16, 1927.

No. 378.

Appeal from the District Court of the United States for the Eastern District of New York.

Lhowe & Obstfeld, of New York City (Edwin L. Garvin, Edward L. Evarts, and Harold R. Lhowe, all of New York City, of counsel), for appellant.

Paul Kolisch, of New York City (Fred A. Klein, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (20 F.[2d] 406) affirmed, with costs.